UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORGAN STANLEY DW Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:05CV1044 CDP |
| ) | |
| JOSEPH CHURCH, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

In order to avoid the appearance of impropriety, the undersigned has determined that she should disqualify herself pursuant to 28 U.S.C. § 455 from handling any matter in this case. Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case and the Clerk of the Court shall transfer this case to another Judge.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2005.